B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of Kentucky

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Realty Unlimited, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **61-1281353** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **1795 Alysheba Way, Suite 1001 Lexington, KY** ZIP Code **40509** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Fayette** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **PO Box 910470 Lexington, KY** ZIP Code **40591** | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **Various** | |

### Type of Debtor (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

B1 (Official Form 1)(4/10) — Page 2

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Realty Unlimited, Inc.**

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Eastern District of Kentucky | 09-52996 | 9/17/09 |
| | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
Signature of Attorney for Debtor(s)         (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)  Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Realty Unlimited, Inc.** |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X  **/s/ John E. Davis**
Signature of Attorney for Debtor(s)

**John E. Davis**
Printed Name of Attorney for Debtor(s)

**Davis and Coffman, PLLC**
Firm Name

**2343 Alexandria Dr
Suite 140
Lexington, KY 40504**

Address

**859-219-3472  Fax: 859-219-9432**
Telephone Number

**June 17, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Matt E. Miniard**
Signature of Authorized Individual

**Matt E. Miniard**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 17, 2011**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Realty Unlimited, Inc.**  
Debtor(s)

Case No.  
Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 1,500.00 |
   | Prior to the filing of this statement I have received | $ 1,500.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Preparation and filing of Motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **June 17, 2011**

**/s/ John E. Davis**  
**John E. Davis**  
**Davis and Coffman, PLLC**  
**2343 Alexandria Dr**  
**Suite 140**  
**Lexington, KY 40504**  
**859-219-3472   Fax: 859-219-9432**

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Realty Unlimited, Inc.**
Debtor(s)

Case No.
Chapter  **7**

# VERIFICATION OF MAILING LIST MATRIX

I, the President of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __4__ page(s) is true and correct and complete, to the best of my (our) knowledge.

Date: **June 17, 2011**

**/s/ Matt E. Miniard**
**Matt E. Miniard**/**President**
Signer/Title

I, **John E. Davis**, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __4__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date: **June 17, 2011**

**/s/ John E. Davis**
Signature of Attorney
**John E. Davis**
**Davis and Coffman, PLLC**
**2343 Alexandria Dr**
**Suite 140**
**Lexington, KY 40504**
**859-219-3472   Fax: 859-219-9432**

```
Alliance Bank
695 Bullion Way
Winchester KY 40391


Allied Custom Cabinets
c/o William Smith, Esq.
One Old Commerce Square
4106 Charlestown Road
New Albany IN 47150


Appalachian Federal Credit Union
PO Box 504
Berea KY 40403


Central Bank & Trust Co.
PO Box 1360
Lexington KY 40588


Central Kentucky Federal
PO Box 400
Danville KY 40423


Charlie Perkins, Esq.
209 East Main Street
Georgetown KY 40324


Citizen's Bank of Paintsville
Paintsville KY 41240



County of Garrard
ATTN: Property Tax Collections
15 Public Sqyare
Lancaster KY 40444


County of Woodford
ATTN: Property Tax Collections
103 S. Main Street
Versailles KY 40383


CSC Heating & Air
70 Old Lexington Road East
Lancaster KY 40444
```

```
Ellis Greenhouses
3968 Ironworks Road
Georgetown KY 40324


Farmers Bank
PO Box 309
Frankfort KY 40602


Forcht Bank
PO Box 55250
Lexington KY 40555


GKT Enterprises
301 Bluesky Pkwy.
Lexington KY 40509


Gullett Electric, Inc.
2618 Doylesville Road
Richmond KY 40475-7601


Happy the Glass Man
1167 Commercial Drive
Lexington KY 40505


Internal Revenue Service
Cincinnati OH 45999



Jay Herron Home Improvement
2032 Twain Ridge Drive
Lexington KY 40514


Kentucky Department of Revenue
Frankfort KY 40601



Lexington Fayette Urban County Governmen
101 E Main Street
Lexington KY 40507


Lexington Fayette Urban County Governmen
101 E Main Street
Lexington KY 40508
```

Lexington Quarry
2200 Catnip Hill Road
Nicholasville KY 40356


Lightstorm Properties, LLC
P.O. Box 648
Crestwood KY 40014


Lincoln Ready Mix
2225 U.S. Hwy. 27 South
Stanford KY 40484


Main Source Bank
201 N Broadway
PO Box 87
Greensburg IN 47240


Major's Floor Covering, LLC
P.O. Box 1517
Danville KY 40423-1517


Neal Brothers Plumbing
141-C Eisenhour Court
Nicholasville KY 40356


Overhead Door Company
c/o David Pratt, Esq.
155 East Main Street, Suite 215
Lexington KY 40507


Paul Davis Restoration
c/o J. Hadden Dean, Esq.
Sheehan, Barnett, Dean & Pennington, P.S
114 South Fourth Street
Danville KY 40422


People's Exchange Bank
Winchester KY 40391



PNC Bank
Sir Barton Way
Lexington KY 40509

```
Pro-Built Lumber
P.O. Box 11771
Lexington KY 40511


Ralph Miniard
P.O. Box 7040
Hazard KY 41702


Shawn Gray Electric
2300 Thistle Park
Lexington KY 40509


Spring Fork LLC
PO Box 910470
Lexington KY 40591


Stonecrest Office Condominiums
c/o John Talbott, Esq.
301 East Main Street, Suite 600
Lexington KY 40507


The Ohio Casualty Insurance Company
ATTN: Curtis R. Brookbank
136 North Third Stret
Hamilton OH 45025


Thoroughbred Engineering, Inc.
110 East Main Street
Georgetown KY 40324


Tim Montgomery, CPA
209 West Main Street
Danville KY 40422


Todd Johnson Contracting
c/o Richard Cheeks, Esq.
P.O. Box 130
Nicholasville KY 40340-0130


United Bank
100 United Way
Versailles KY 40383
```

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Realty Unlimited, Inc.**                                                                Case No.
                                         Debtor(s)                                               Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Realty Unlimited, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Matt Miniard**
**1795 Alysheba Way, Suite 1001**
**Lexington, KY 40509**

☐ None [*Check if applicable*]

| | |
|---|---|
| **June 17, 2011** | **/s/ John E. Davis** |
| Date | **John E. Davis** |
| | Signature of Attorney or Litigant |
| | Counsel for **Realty Unlimited, Inc.** |
| | **Davis and Coffman, PLLC** |
| | **2343 Alexandria Dr** |
| | **Suite 140** |
| | **Lexington, KY 40504** |
| | **859-219-3472 Fax:859-219-9432** |

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Realty Unlimited, Inc.**                                                                                   Case No.
                                         Debtor(s)                                                                       Chapter   **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Matt E. Miniard,** declare under penalty of perjury that I am the **President** of **Realty Unlimited, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Matt E. Miniard, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Matt E. Miniard, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Matt E. Miniard, President** of this Corporation is authorized and directed to employ **John E. Davis**, attorney and the law firm of **Davis and Coffman, PLLC** to represent the corporation in such bankruptcy case."

Date  **June 17, 2011**                                                          Signed  **/s/ Matt E. Miniard**
                                                                                                        **Matt E. Miniard**

Resolution of Board of Directors
of
**Realty Unlimited, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Matt E. Miniard, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Matt E. Miniard, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Matt E. Miniard, President** of this Corporation is authorized and directed to employ **John E. Davis**, attorney and the law firm of **Davis and Coffman, PLLC** to represent the corporation in such bankruptcy case.

| Date | **June 17, 2011** | Signed | **/s/ Matt E. Miniard** |
|---|---|---|---|
| | | | **Matt E. Miniard** |
| Date | | Signed | |