UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:   REALTY UNLIMITED, INC.      )          CASE NO. 11-51713
         DEBTOR                      )              CHAPTER 7
                                     )

## MOTION FOR RELIEF FROM STAY
## AND ABANDONMENT OF PROPERTY

Comes Central Kentucky Federal Savings Bank ("CKFSB"), by counsel, and moves the Court for an Order granting relief from the automatic stay provided by 11 U.S.C. Section 362 and an Order of Abandonment pursuant to 11 U.S.C. Section 554, in order that CKFSB may enforce its lien against certain property of the Debtor as hereinafter described; or for adequate protection of its interest in the Debtors' property under 11 U.S.C. Section 361. In support of said Motion, CKFSB states as follows:

1.      This Court has jurisdiction herein pursuant to 28 U.S.C. Sections 1334 and 157, 11 U.S.C. Sections 361, 362 and 554; and venue is proper pursuant to 28 U.S.C. Section 1409.

2.      The above named Debtor filed a petition for relief in this Court under Chapter 7 of the bankruptcy code on or about June 17, 2011.

3.      The Trustee in the above-styled action should come forward and assert any interest the Trustee may have in the hereinafter described property.

4.      On the date of bankruptcy, the Debtor was indebted to CKFSB in the total sum of (a) $162,178.78, plus interest, costs and reasonable attorneys' fees, pursuant to CKFSB's Proof of Claim filed of record herein; (b) $143,539.86, plus interest, costs and reasonable attorneys' fees, pursuant to CKFSB's Proof of Claim filed of record herein;

(c) $98,801.23, plus interest, costs and reasonable attorneys' fees, pursuant to CKFSB's Proof of Claim filed of record herein; (d) $83,685.04, plus interest, costs and reasonable attorneys' fees, pursuant to CKFSB's Proof of Claim filed of record herein; and (e) $90,985.22, plus interest, costs and reasonable attorneys' fees, pursuant to CKFSB's Proofs of Claim filed of record herein.

5.    As evidenced by the aforesaid Proofs of Claim, CKFSB has a lien on the following property: (a) real property located at 3400 Hyannisport Court, Lexington, Kentucky; (b) real property located at 3404 Hyannisport Court, Lexington, Kentucky; (c) real property located at 984 Pine Bloom Drive, Lexington, Kentucky; (d) real property located at 2720 Chelsea Woods Court, Lexington, Kentucky and 148 Indian Springs Trail, Lancaster, Kentucky; and (e) real property located at 107 Indian Springs Trail, Lancaster, Kentucky (the "Collateral").

6.    CKFSB asserts that the Debtor has failed to make the monthly payments in accordance with the contract terms and is currently past due and is, therefore, in default.

7.    It appears that the Debtor has transferred Debtor's interest in the Collateral to another entity and it is believed by CKFSB that the Debtor has no equity in the Collateral and therefore believes the Collateral has no value to the estate and the Collateral should be abandoned under 11 U.S.C. Section 554.

8.    The Trustee should be required to assert any interest the Trustee may have in the Collateral or be forever barred.

WHEREFORE, CKFSB prays that the Court enter the attached Order, granting it relief from the automatic stay under 11 U.S.C. Section 362(d) and ordering the estate's

interest in the Collateral abandoned under 11 U.S.C. Section 554, or, in the alternative,

ordering the Debtor to give CKFSB adequate protection of its interest under 11 U.S.C.

Section 361; and any and all other relief to which it may be entitled under the

Bankruptcy Code.

## NOTICE

Please take notice that parties in interest shall have 14 days from the date of this

motion within which to file a response to the motion and a request and notice of hearing

on such response.  If no response is timely filed, the enclosed order will be tendered to

the court and may be entered without a hearing on the motion.

Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky  40507-1801
(859) 231-3000

By: /s/ George D. Smith
George D. Smith,
*Attorney for Central Kentucky*
*Federal Savings Bank*

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Motion and Notice
was served on the following interested parties via electronic service or via United States
Mail, First Class, postage prepaid, this 8th day of August, 2011:

John E. Davis
2343 Alexandria Drive, Suite 140
Lexington, KY 40504
*Attorney for Debtor*

James D. Lyon
209 E. High Street
Lexington, KY 40507
*Chapter 7 Trustee*

Realty Unlimited, Inc.
P.O. Box 910470
Lexington, KY 40591
*Debtor*

/s/ George D. Smith
Stoll Keenon Ogden PLLC